Opinion issued August 9, 2012



In The

# Court of Appeals

For The

# First District of Texas

————————————

NO. 01-12-00611-CV

————————————

**PHILIP OSHEA, JASON SMITH, ANGELO DEL PARIGI, ALAN R. KAHN, CHRISTOPHER READING, CHARLES GRUBER AND SANDRA MCGOWAN, Appellants**

**V.**

**JAMES J. GAFFNEY, JOHN C. SHEPTOR, GAYLORD O. COAN, RONALD C. KESSELMAN, DAVID C. MORAN, JOHN E. STOKELY, JOHN K. SWEENEY, LOUIS DREYFUS COMMODITIES LLC, LD COMMODITIES SUGAR HOLDINGS LLC, LOUIS DREYFUS COMMODITIES SUBSIDIARY, INC. AND IMPERIAL SUGAR COMPANY, Appellees**

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-197901**

## MEMORANDUM OPINION

Appellants have filed an agreed motion to dismiss the appeal. No opinion

has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Justices Higley, Sharp, and Huddle.